**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | |
| ACORDA THERAPEUTICS, INC., | Chapter 11 |
| Debtor. | Case No. 24-22284 (DSJ) |
| Tax I.D. No. 13-3831168 | |
| *In re* | |
| CIVITAS THERAPEUTICS, INC., | Chapter 11 |
| Debtor. | Case No. 24-22285 (DSJ) |
| Tax I.D. No. 27-1482814 | |
| *In re* | |
| BIOTIE THERAPIES, LLC, | Chapter 11 |
| Debtor. | Case No. 24-22286 (DSJ) |
| Tax I.D. No. 20-4192149 | |
| *In re* | |
| NEURONEX, INC., | Chapter 11 |
| Debtor. | Case No. 24-22287 (DSJ) |
| Tax I.D. No. 27-2315094 | |
| *In re* | |
| ACORDA THERAPEUTICS LIMITED, | Chapter 11 |
| Debtor. | Case No. 24-22288 (DSJ) |
| Tax I.D. No. N/A | |

| | |
|---|---|
| *In re* | Chapter 11 |
| BIOTIE THERAPIES AG, | Case No. 24-22289 (DSJ) |
| Debtor. | |
| Tax I.D. No. N/A | |

### ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of Acorda Therapeutics, Inc. and certain of its affiliates that are debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") (i) directing the joint administration of the above-captioned Chapter 11 Cases for procedural purposes only and (ii) granting related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012 (Preska, C.J.); and the Court having authority to hear the matters raised in the Motion pursuant to 28 U.S.C. § 157; and the Court having venue pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion and the First Day Declaration; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

creditors, their estates and all other parties in interest; and upon the record herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED to the extent set forth herein.

2. The above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the Debtors' jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| ACORDA THERAPEUTICS, INC., *et al.,*[1] | Case No. 24-22284 (DSJ) |
| Debtors. | Jointly Administered |

_____

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Acorda Therapeutics, Inc. (1168), Civitas Therapeutics, Inc. (2814), Biotie Therapies, LLC (2149), Biotie Therapies AG (N/A), Neuronex, Inc. (5094), and Acorda Therapeutics Limited (N/A). For the purposes of these chapter 11 cases, the address for the Debtors is: 2 Blue Hill Plaza, 3rd Floor, Pearl River, New York 10965.

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases, other than the case of Acorda Therapeutics, Inc., substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases of Acorda Therapeutics, Inc., Civitas Therapeutics, Inc., Biotie Therapies, LLC, Biotie Therapies AG, Neuronex, Inc., and Acorda Therapeutics Limited.

The docket in Case No. 24-22284 (DSJ) should be consulted for all matters affecting this case.

6. The Debtors are authorized to use a combined service list for the jointly administered Chapter 11 Cases and combined notices shall be sent to creditors of the Debtors' estates.

7. The Debtors shall file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the U.S. Trustee, in accordance with the applicable *Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation*.

8. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: New York, New York
      April 4, 2024

                                              *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE