John R. Dodd (admitted *pro hac vice*)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: john.dodd@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Email: blaire.cahn@bakermckenzie.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| ACORDA THERAPEUTICS, INC., *et al.*,[1] | Case No. 24-22284 (DSJ) |
| Debtors. | Jointly Administered |
| _____/ | **Re: Docket No. 428** |

**NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED**
**FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION**
**OF ACORDA THERAPEUTICS, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on August 6, 2024, the Debtors filed the *Modified First Amended Joint Chapter 11 Plan of Liquidation of Acorda Therapeutics, Inc. and Its Affiliated Debtors* [Docket No. 417] (together with the plan supplement, all schedules, and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on August 7, 2024, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Modified First Amended Joint*

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Acorda Therapeutics, Inc. (1168), Civitas Therapeutics, Inc. (2814), Biotie Therapies, LLC (2149), Biotie Therapies AG (N/A), Neuronex, Inc. (5094), and Acorda Therapeutics Limited (N/A). For the purposes of these chapter 11 cases, the address for the Debtors is: 2 Blue Hill Plaza, 3rd Floor, Pearl River, New York 10965.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

*Chapter 11 Plan of Liquidation of Acorda Therapeutics, Inc. and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 428] (the "**Confirmation Order**") confirming the Plan, as modified on August 7, 2024 and attached as <u>Exhibit A</u> to the Confirmation Order.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Confirmation Order, the Debtors hereby provide notice of entry of the Confirmation Order.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to section 8.2 of the Plan and paragraph 19 of the Confirmation Order, in the event that the rejection of an executory contract or unexpired lease results in damages to the other party or parties to such contract or lease, any Claim for such damages shall be classified and treated in Class 4 (General Unsecured Claims). Such Claim shall be forever barred and shall not be enforceable against the Debtors, Wind Down Estates, the Liquidation Trust, or their respective Estates, properties or interests in property as agents, successors, or assigns, unless a proof of Claim is filed with the Bankruptcy Court and served upon counsel for the Debtors or Liquidation Trust, as applicable, by the later of (a) thirty (30) days after the filing and service of the notice of the occurrence of the Effective Date; and (b) thirty (30) days after entry of an Order rejecting such contract or lease if such contract or lease is the subject of a pending Assumption Dispute.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to section 2.2 of the Plan and paragraph 22 of the Confirmation Order, All entities seeking an award by the Bankruptcy Court of Fee Claims (a) shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is forty-five (45) days after the Effective Date, and (b) shall be paid in full from the Professional Fees Escrow Account in such amounts as are Allowed by the Bankruptcy Court, subject, in respect of the Fee Claims of the Creditors' Committee, to the Committee Professional Fee Cap, (a) in accordance with the Interim Compensation Order, (b) upon the later of the Effective Date and the date upon which the order relating to any such Allowed Fee Claim is entered or (c) upon such other less favorable terms as may be mutually agreed upon between the holder of such an Allowed Fee Claim and the Debtors or the Liquidation Trustee, as applicable. Notwithstanding anything to the contrary in the Interim Compensation Order, Professionals shall only be required to file a final fee application and do not need to file an interim fee application. Objections to such Fee Claims, if any, must be filed and served no later than twenty (20) calendar days after the filing of such fee application or such other date as established by the Bankruptcy Court.

  **PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation Order, and related filings can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/acorda or by calling (844) 712-1917 (toll free) for U.S. and Canada based parties or +1 (646) 777-2412 for international parties. Note that a PACER password is needed to access documents on the Court's website.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 9, 2024 | */s/ Blaire Cahn* |
| | John R. Dodd (admitted *pro hac vice*) |
| | **BAKER & McKENZIE LLP** |
| | 1111 Brickell Avenue, 10th Floor |
| | Miami, FL 33131 |
| | Telephone: 305-789-8900 |
| | Facsimile: 305-789-8953 |
| | Email: john.dodd@bakermckenzie.com |
| | |
| | and |
| | |
| | Blaire Cahn |
| | **BAKER & McKENZIE LLP** |
| | 452 Fifth Avenue |
| | New York, NY 10018 |
| | Telephone: 212-626-4100 |
| | Facsimile: 212-310-1600 |
| | Email: blaire.cahn@bakermckenzie.com |
| | |
| | *Counsel for the Debtors* |
| | *and Debtors-in-Possession* |